UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEN FISCHETTO,<br><br>        Petitioner,<br><br>    v.<br><br>MATTHEW CATE, et al.,<br><br>        Respondents. | CASE NO. CV 11-10168-SJO (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 15, 2013.

*S. James Otero*

S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Temp\notesFFF692\Judgment.wpd